IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| VICTORIA SMITH, | * |
| Plaintiff, | * |
| vs. | *   No. 4:10CV01642 SWW |
| ARKANSAS CHILDREN'S HOSPITAL, | * |
| Defendant. | * |

## Order of Dismissal

Upon the joint motion to dismiss this action with prejudice and the motion containing signatures of the *pro se* plaintiff and the defendant,

IT IS THEREFORE ORDERED that all claims in the above-entitled action hereby are dismissed with prejudice.

DATED this 15th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE